TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RYAN C. CHAPMAN (Cal. Bar No. 318595)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2471
        Facsimile: (213) 894-7819
        E-mail: Ryan.Chapman@usdoj.gov

Attorneys for Defendant
United States Coast Guard

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARITIME DOCUMENTATION CENTER CORP., <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES COAST GUARD, <br><br> Defendant. | No. EDCV 21-00489 JWH (SPx) <br><br> **DECLARATION OF CAPTAIN JASON D. NEUBAUER** <br><br><br> Honorable John W. Holcomb <br> United States District Judge |

## DECLARATION OF CAPTAIN JASON NEUBAUER

I, CAPTAIN JASON D. NEUBAUER, hereby declare and state:

1.    I am a commissioned officer serving on active duty in the United States Coast Guard. I have served in the Coast Guard for 29 years and am currently serving as the Director of the Coast Guard Office of Investigations & Casualty Analysis. I have served in this position for 6 years.

2.    I am familiar with the facts and circumstances of the underlying Freedom of Information Act ("FOIA") request and this action based upon my review of the records maintained by the Coast Guard and my personal knowledge. I make the following statements based upon my review of information and records made available to me in my official capacity, and my personal knowledge.

3.    The Coast Guard received Plaintiff's FOIA request dated April 13, 2020 demanding the following information:

> "[E]lectronic copies of personally identifiable information (PII) previously searchable through a database accessible at the link and included in data which comprise the report "Merchant Vessels of the United States" aka "List of Documented Vessels." Specifically, we are seeking the report's data which includes vessel particulars and managing vessel owner identification information such as: (1) organization name, (2) owner's first and last name, (3) address, (4) certificate of documentation status, (5) certificate of documentation issue date, (6) certificate of documentation expiration date, etc. The PII information we seek has been redacted in different electronic formats in the Merchant Vessels of the United States."

4.    The request was contained in a letter from Mr. Patrick Lai dated April 13, 2020, which was transmitted via e-mail to the Coast Guard's electronic FOIA e-mail address. A true copy of the request and transmittal documents was retrieved from my office's FOIA files and is attached as **Exhibit A**. My office's FOIA files are official Coast Guard business records.

5.    The Coast Guard's Office of Information Management assigned the request FOIA number 2020-CGFO-01682 and it was assigned to my office for processing.

6.    Vessel documentation is one of the oldest functions of the U.S. government

1

1   dating back to 1789 and is a national form of vessel registration that provides evidence
2   of nationality for international travel and trade and allows U.S. documented vessels to
3   engage in certain restricted trades, such as coastwise trade and fisheries.  The Coast
4   Guard through its National Vessel Documentation Center ("NVDC") is responsible for
5   reviewing and processing applications for federal vessel documentation to ensure
6   compliance with vessel documentation requirements. The NVDC maintains a list of
7   documented vessels on its Vessel Documentation System ("VDS") enterprise software
8   platform. The public may request certified copies of a vessel's Certificate of
9   Documentation or an Abstract of Title through the NVDC. All requests other than those
10  for certified copies of a vessel's Certificate of Documentation or Abstract of Title are
11  processed as FOIA requests.

12      7.    Vessel documentation is required for certain vessels engaged in commercial
13  activities and optional for vessels of at least five net tons, engaging in recreational
14  activities.  Owners of recreational vessels may choose to federally document their
15  vessels or to obtain state registration.  One reason that many owners of recreational
16  vessels chose to federally document their vessels is to secure a "preferred mortgage" for
17  financing.  Such mortgages have a higher priority lien on the vessel, but the mortgage
18  must be recorded with the NVDC. 46 U.S.C. §§ 31321-31330.  The NVDC also
19  provides a register of vessels available to defend and protect the United States in time of
20  war or national emergency.

21      8.    The list of vessels sought in this FOIA request—commonly referred to as
22  Merchant Vessels of the United States—is a data file that consists of merchant and
23  recreational vessels documented under the laws of the United States by the Coast Guard
24  through the NVDC.

25      9.    The sources for this file are the Coast Guard's Marine Information for
26  Safety and Law Enforcement ("MISLE") System of Records and the VDS database.
27  MISLE is the Coast Guard's primary operations business support system. Coast Guard
28  personnel use MISLE to schedule and record operational activities such as vessel

1    boardings, facility inspections, marine casualty investigations, pollution response

2    actions, law enforcement actions, and search and rescue operations.

3        10.    The data file of owners of documented vessels is extracted monthly and

4    consists of approximately 375,000 vessels.  A redacted version of the file is available to

5    the general public.[1]  The redacted version has the names and addresses of individuals

6    removed; all other vessel particulars are intact.  From this publicly available database,

7    members of the public can learn the number and types of vessels of vessels that are

8    federally documented by the NVDC along with information about the vessels such as the

9    type of endorsements (*e.g.*, coastwise or fisheries), size, homeport, where the vessel was

10   built, and method of propulsion.

11       11.    On May 20, 2020, an information technology specialist in my office

12   searched for responsive records using the VDS and MISLE systems to generate a report

13   of merchant vessels of the United States, which included data columns for, among other

14   categories, (1) organization name, (2) owner's first and last name, (3) address, (4)

15   certificate of documentation status, (5) certificate of documentation issue date, and (6)

16   certificate of documentation expiration date. She used an export tool to publish the report

17   in Microsoft Excel format as requested by Mr. Patrick Lai.

18       12.    The report included a total of 374,713 rows of data containing records

19   responsive to plaintiff's FOIA request, of which 76,520 rows of data were released in

20   full and the remaining 298,193 were partially released on June 23, 2020, with the names

21   of individual owners and their addresses redacted.  A true and correct copy of a sample

22   from this report showing ten rows of partially released data is attached as **Exhibit B**.

23       13.    The Microsoft Excel file containing the redacted 298,193 data rows plus

24   76,520 unredacted data rows was published on a CD-ROM and sent to Mr. Lai.  Because

25   this was a partial denial of the FOIA request, I signed the transmittal letter.  A true and

---

26   [1] The publicly available version of the Merchant Vessel data file is available at:

27   https://www.dco.uscg.mil/Our-Organization/Assistant-Commandant-for-Prevention-

28   Policy-CG-5P/Inspections-Compliance-CG-5PC-/Office-of-Investigations-Casualty-
     Analysis/Merchant-Vessels-of-the-United-States/

1    correct copy of this letter was retrieved from my office's FOIA files and is attached as

2    **Exhibit C.**

3         14.    Pursuant to 5 U.S.C. §552(b)(6) and (b)(7)(C), Mr. Lai's FOIA request for

4    the unredacted vessel owners' names and addresses was denied because the Coast Guard

5    believes that the privacy interests of the individual vessel owners outweighs any public

6    interest in those owners names and addresses.  Redacting the names and addresses from

7    a list of all United States documented vessels does not hinder the public's ability to

8    understand the operations of the NVDC.

9         15.    Given the public's ability to view the Merchant Vessels of the United States

10   data file, the public is able to acquire an understanding of the NVDC's operations that

11   would not be improved by knowing the names and addresses of individual vessel

12   owners.  The release of those names and addresses, however, would constitute an

13   unwarranted invasion of the owner's privacy interest in their name and address.

14        16.    Vessel owners' names and addresses were previously available to the

15   public.  When they were, these owners were frequently mailed unsolicited offers to

16   renew their vessel documentation from third parties.  These vessel owners were often

17   confused by these offers, which they believed were coming directly from the Coast

18   Guard and were upset to learn that they had paid a significantly greater amount of money

19   to a third party than they would have paid if they renewed their documentation directly

20   through the NVDC.  Vessel owners made complaints to, and investigations were opened

21   by, the Coast Guard, the Federal Trade Commission, and state consumer protection

22   offices including the New York State Attorney General's Bureau of Consumer Frauds

23   and Protection.  Many of these vessel owners expressed their anger at the Coast Guard

24   for failing to protect their personal information.  In response, on June 12, 2017, the Coast

25   Guard removed the names and addresses of individual vessel owners from the Merchant

26   Vessels of the United States file and took other actions to make sure that they were no

27   longer publicly available.  The Coast Guard continues to provide the PII of vessel

28   owners to certain third parties such as Lloyd's Register, EQUASIS, MMSI, and state

4

1  databases as needed to enable state and international authorities identify U.S.

2  documented vessels and their owners.

3       17.    Information contained in MISLE and VDS is used by the Coast Guard for

4  various law enforcement purposes including to confirm that the nationality of vessels

5  claiming United States nationality with law enforcement entities of other nations, to

6  confirm the authority to lawfully engage in certain activities such as coastwise trade or

7  fisheries, to confirm ownership of vessels found to be violating United States laws, to

8  determine the applicability of certain laws that are based on when a vessel was built, and

9  to determine the identity of a vessel through its hull identification number.

10       18.    Mr. Lai appealed the partial denial of his FOIA request on July 6, 2020.  A

11  true and correct copy of this letter was retrieved from my office files and is attached as

12  **Exhibit D**.

13       19.    This appeal was denied on February 24, 2021.  A true and correct copy of

14  the denial is attached as **Exhibit E**.

15       20.    I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that

16  the foregoing is true and correct to the best of my knowledge and information.

17

18              Dated: October **6**, 2021

19

20              JASON NEUBAUER

21              Captain

            United States Coast Guard

22

23

24

25

26

27

28

| | |
|---|---|
| **From:** | Patrick Lai |
| **To:** | HQS-SMB-FOIA |
| **Cc:** | David Makous; John Soria; Jasmine Han |
| **Subject:** | [Non-DoD Source] FOIA Request for personal identifying information from Merchants Vessels of the US |
| **Date:** | Monday, April 13, 2020 9:27:08 PM |
| **Attachments:** | FOIA Request for PII.pdf |

Dear FOIA Officer,

Please see attached PDF correspondence.  Please feel free to email me at plai@lhlaw.com or give me a call at 408-309-3474 if you have any questions.

Thanks,
Patrick

**EXHIBIT A 006**



THE LAW FIRM OF

# LEE, HONG, DEGERMAN, KANG & WAIMEY

A PROFESSIONAL CORPORATION

660 SOUTH FIGUEROA STREET, SUITE 2300
LOS ANGELES, CA 90017
TELEPHONE: (213) 623-2221
FACSIMILE:  (213) 623-2211

**IP DEPARTMENT**
EMAIL: PLAI@LHLAW.COM

April 13, 2020

Patrick Lai
Lee, Hong, Degerman, Kang & Waimey
660 S. Figueroa Street, Suite 2300
Los Angeles, CA 90017

ATTN: FOIA Officer
*Submitted via email to: efoia@uscg.mil*

To Whom It May Concern:

Under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, we are requesting electronic copies of personally identifiable information (PII) previously searchable through a database[1] accessible at the link and included in data which comprise the report "Merchant Vessels of the United States" aka "List of Documented Vessels."  Specifically, we are seeking the report's data which includes vessel particulars and managing vessel owner identification information such as: (1) organization name, (2) owner's first and last name, (3) address, (4) certificate of documentation status, (5) certificate of documentation issue date, (6) certificate of documentation expiration date, etc.  The PII information we seek has been redacted in different electronic formats in  the Merchant Vessels of the United States[2] .

---

[1]Accessible via the link: https://foss.nmfs.noaa.gov/apexfoss/f?p=215:4:12321044901834::NO:::)
[2]Accessible via the link: https://www.dco.uscg.mil/OurOrganization/AssistantCommandantforPreventionPolicy(CG-5P)/InspectionsCompliance(CG-5PC)/OfficeofInvestigationsCasualtyAnalysis/MerchantVesselsoftheUnitedStates.aspx.

THE LAW FIRM OF
LEE, HONG, DEGERMAN, KANG & WAIMEY
April 13, 2020
Page 2 of 2

We request the above-identified information in electronic form, specifically in Excel Format or Microsoft Word format.   If there are any fees for searching or copying the records, please let me know before you fill my request.

If you deny all or any part of this request, please cite each specific exemption you think justifies your withholding of information.  Please notify me of appeal procedures available under the law.  If you have any questions about handling this request, you may email me at plai@lhlaw.com or telephone me directly at (408)-309-3474 or at (213) 623-2221.  As provided by FOIA, 5 U.S.C. . § 552(a)(6)(A), we look forward to a reply within (20) working days.  Thank you in advance for your time and assistance.

Sincerely,

/s Patrick Lai /

Patrick Lai
Lee Hong Degerman Kang & Waimey

**EXHIBIT A 008**

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | vesselid | vesselname | call_sign | official_number | imo_number | hull_number | HIN | Service | Flag | self_propelled_ind | gross_ton | net_ton | length |
| 2 | 405225 | ROAM DEEP | | 1021999 | | YP 670 | | Commercial Fishing Vessel | US | 1 | 84 | 25 | 75.5999 |
| 3 | 1345178 | ROAM FREE | | 1261560 | | | MDNH6508J415 | Recreational | US | 1 | 27 | 22 | 40.8999 |
| 4 | 146277 | ROAMA | WYL2065 | 578620 | | | | Recreational | US | 1 | 14 | 11 | 31 |
| 5 | 430501 | ROAMANCE | | 1035744 | | HUN37067F596 | | Recreational | US | 1 | 16 | 14 | 37.5 |
| 6 | 465927 | ROAMANCE | WDE2294 | 1060210 | | XLY83678M761 | | Recreational | US | 1 | 11 | 10 | 36 |
| 7 | 1202958 | ROAMANIC | | 1241999 | | HATAN3690-73 | | Recreational | US | 1 | 54 | 43 | 58 |
| 8 | 23763 | ROAMEO | WDE2355 | 1109424 | | 44309 | | Commercial Fishing Vessel | US | 1 | 26 | 21 | 44 |
| 9 | 490009 | ROAMEO | | 1077170 | | CTYC0597J899 | | Recreational | US | 1 | 10 | 9 | 32.5 |
| 10 | 32725 | ROAMER | | 1116424 | | RAC42003 | | Recreational | US | 1 | 20 | 16 | 42 |
| 11 | 212640 | RASCAL | WCP9325 | 541008 | | | | Recreational | US | 1 | 23 | 18 | 39.8999 |

EXHIBIT B 009

| | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | breadth | depth | itc_gross_ton | itc_net_ton | dead_weight_ton | dead_weight_ton_measure_unit | itc_length | itc_breadth | itc_depth | measuring_organization_name | hailing_port | hailing_port_state | hailing_port_province |
| 2 | 17.800 | 10 | 84 | 25 | | | 75.6 | 17.8 | 10 | Det Norske Veritas | KEY LARGO | FL | UNITED STATES |
| 3 | 13.800 | 7.2999 | | | | | | | | UNSPECIFIED | ISLAMORADA | FL | UNITED STATES |
| 4 | 11.6 | 6 | | | | | | | | UNSPECIFIED | | | |
| 5 | 12.5 | 7 | | | | | | | | UNSPECIFIED | ANNAPOLIS | MD | UNITED STATES |
| 6 | 12 | 7.4000 | | | | | | | | UNSPECIFIED | OLD SAYBROOK | CT | UNITED STATES |
| 7 | 15.800 | 8.9000 | | | | | | | | UNSPECIFIED | STILLWATER | MN | UNITED STATES |
| 8 | 12.800 | 7 | | | | | | | | UNSPECIFIED | DEEP RIVER | WA | UNITED STATES |
| 9 | 11.699 | 5.5 | | | | | | | | UNSPECIFIED | VENTURA | CA | UNITED STATES |
| 10 | 12 | 6 | | | | | | | | UNSPECIFIED | DOYLESTOWN | PA | UNITED STATES |
| 11 | 14.6 | 6 | | | | | | | | UNSPECIFIED | HOUSTON | TX | UNITED STATES |

**EXHIBIT B 010**

| | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | coastwise | limit_CW_BOWATERS_Only | limit_CW_Rest_MARAD_Waiver | limit_CW_Oil_Spill_RespOnly | limit_CW_UnderChartertoCitizen | limit_CW_tradefishproductsonly | fishery | limit_Fishery_Only | recreation | limit_Rec_Great_Lakes_Use_Only | registry | limit_Reg_CrossBorderFinancing | limit_Reg_NoForeignVoyagebySea |
| 2 | | | | | | | X | | X | | X | | |
| 3 | | | | | | | | | X | | | | |
| 4 | | | | | | | | | X | | | | |
| 5 | | | | | | | | | X | | | | |
| 6 | | | | | | | | | X | | | | |
| 7 | | | | | | | | | X | | | | |
| 8 | X | | | | | X | | | | | X | | |
| 9 | | | | | | | | | X | | | | |
| 10 | | | | | | | | | X | | | | |
| 11 | | | | | | | | | X | | | | |

EXHIBIT B 011

| | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | limit_Reg_TradewithCanadaOnly | great_lakes | vesl_complete_build_city | vesl_complete_build_st | vesl_complete_build_prov | vesl_complete_build_country | vesl_year_built | vesl_hull_build_city | vesl_hull_build_st | vesl_hull_build_prov | vesl_hull_build_country | party_id | organization_name |
| 2 | | | | | | | 1971 | TACOMA WA | | | UNITED STATES | 755240 | |
| 3 | | | | | | | 2014 | KNOXVILLE | TN | | UNITED STATES | 2476159 | |
| 4 | | | | | | | 1976 | MERRITT ISLAND, BREVARD, FLA. | | | | | |
| 5 | | | | | | | 1995 | ALACHUA | FL | | UNITED STATES | 2060123 | |
| 6 | | | | | | | | | | | | 1776492 | |
| 7 | | | | | | | | | | | | 853596 | |
| 8 | | | | | | | 1964 | CURTIS BAY | MD | | UNITED STATES | 2385691 | |
| 9 | | | | | | | 1998 | WOODLAND HILLS | CA | | UNITED STATES | 2588933 | |
| 10 | | | | | | | | | | | | 1060679 | |
| 11 | | | | | | | 1972 | MAYS LANDING NJ | | | UNITED STATES | 548145 | |

**EXHIBIT B 012**

| | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | organization_type | first_name | middle_name | last_name | name_suffix | street_address_line1 | street_address_line2 | street_address_line3 | street_address_line4 | city | state | province | country |
| 2 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | WINNSBORO | TX | | UNSPECIFIED | UNITED STATES |
| 3 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | ISLAMORADA | FL | UNSPECIFIED | UNITED STATES |
| 4 | UNSPECIFIED | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | | | | |
| 5 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | GREENWICH | NJ | UNSPECIFIED | UNITED STATES |
| 6 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PONCHATOULA | LA | UNSPECIFIED | UNITED STATES |
| 7 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | STILLWATER | MN | UNSPECIFIED | UNITED STATES |
| 8 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | SILVERTON | OR | UNSPECIFIED | UNITED STATES |
| 9 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | OXNARD | CA | UNSPECIFIED | UNITED STATES |
| 10 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | Doylestown | PA | UNSPECIFIED | UNITED STATES |
| 11 | N/A | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | PRIVACY | HOUSTON | TX | UNSPECIFIED | UNITED STATES |

EXHIBIT B 013

| | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | BX | BY | BZ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | postal_code | main_hp_ahead | main_hp_astern | propulsion_type | hull_material | yard | Builder | hull_configuration | hull_shape | cod_status | cod_issue_dt | cod_expire_date | sp |
| 2 | 75494 | | | UNSPECIFIED | Wood | PETERSON BOAT BUILDING CO | PETERSON BOAT BUILDING CO | UNSPECIFIED | UNSPECIFIED | Expired | 11/04/1999 | 11/30/2002 | |
| 3 | 33036 | | | UNSPECIFIED | FRP (Fiberglass) | | MERIDIAN YACHTS | Monohull | Ship | Valid | 09/24/2019 | 09/30/2020 | |
| 4 | | | | UNSPECIFIED | Plastic - MSIS Legacy | | | Monohull | Ship | Invalid | | | |
| 5 | 8323 | | | UNSPECIFIED | FRP (Fiberglass) | HUNTER MARINE CORPORATION | HUNTER MARINE CORPORATION | Monohull | Sail (Distinct Keel) | Expired | 06/30/2004 | | |
| 6 | 70454 | | | UNSPECIFIED | FRP (Fiberglass) | UNKNOWN | | Monohull | Sail (Faired Keel) | Expired | 06/30/2004 | | |
| 7 | 55082 | | | UNSPECIFIED | FRP (Fiberglass) | | | Monohull | Ship | Valid | 04/04/2020 | 04/30/2021 | |
| 8 | 97381 | 370 | | Diesel | Steel | COAST GUARD YARD | COAST GUARD YARD | Monohull | Ship | Expired | 06/30/2004 | | |
| 9 | 93030 | | | UNSPECIFIED | FRP (Fiberglass) | CATALINA YACHTS | CATALINA YACHTS | Monohull | Sail (Distinct Keel) | Valid | 03/26/2020 | 03/31/2021 | |
| 10 | 18901 | | | UNSPECIFIED | Steel | UNKNOWN | | Monohull | Ship | Valid | 07/03/2019 | 06/30/2020 | |
| 11 | 77077 | | | UNSPECIFIED | Wood | POST MARINE CO INC | POST MARINE CO INC | Monohull | Ship | No Operation - PM | 06/17/1994 | 06/30/1998 | |

**EXHIBIT B 014**

**U.S. Department of
Homeland Security**

**United States
Coast Guard**

Commandant
United States Coast Guard

2100 2ND ST SW STOP 7501
WASHINGTON DC  20593-7501
Staff Symbol: CG-INV-3
Phone: (202) 372-1283
Fax:  (202) 372-8354
Email: Ternia.R.Pipkins@uscg.mil

5720
FOIA 2020-CGFO-01682

**JUN 2 3 2020**

Mr. Patrick Lai
Lee, Hong, Degerman, Kang & Waimey
660 S. Figuera St., Suite 2300
Los Angeles, CA  90017-3440

Dear Mr. Lai:

This is the final response to your Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG), dated April 13, 2020, for an unredacted copy of the Merchant Vessels of the United States Data file.

A search of the Marine Information for Safety and Law Enforcement (MISLE) database for documents responsive to your request produced a total of 374,713 rows of data containing the Merchant Vessels of the United States Data file.  Of those data rows, I have determined that 76,520 rows of data are releasable in their entirety, 298,193 rows of data are partially releasable, and 0 pages are withheld in their entirety and pursuant to Title 5 U.S.C. § 552 (b)(6) and (b)(7)(C).

Enclosed are 374,713 rows of data with certain information withheld as described below:

**Exemption 6** exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy.  This requires a balancing of the public's right to disclosure against the individual's right privacy.  The types of documents and/or information that we have withheld may consist of the names of individuals and their addresses.  The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information.  Any private interest you may have in that information does not factor into the aforementioned balancing test.

**Exemption 7(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy.  This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity.  That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation.  Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate.  As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweigh any minimal public interest in disclosure of the information.  Please note that any private interest you may have in that information does not factor into this determination.

I am the person responsible for the partial denial of your request.  Also participating in this decision are Ms. Dawn Patterson, Chief, FOIA and Data Administration Division and CDR A. M. Galinanes, Office of Information and Intelligence Law.

If you are not satisfied with the response to this request, you have the right to appeal.  Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter, to:  Commandant (CG-611),   ATTN: FOIA APPEALS, 2703 Martin Luther King Ave., S.E. STOP 7710, Washington DC, 20593-7710 following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.8.  Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  In this instance, because the cost is below $ 14 minimum, there is no charge.

**EXHIBIT C 015**

5720
FOIA 2020-CGFO-01682

If you need any further assistance or would like to discuss any aspect of your request, please contact CG-INV-3 that processed your request. You may send an e-mail to efoia@uscg.mil or you may contact our FOIA Public Liaison, Mrs. Amanda Ackerson, at 202-475-3522 in the same manner. Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

J. D. Neubauer
Captain, U. S. Coast Guard
Chief, Office of Investigations and Casualty Analysis
By direction

Enclosure(s):    (1) Merchant Vessels of the US data file (Redacted)
                 (2) 374,714 data rows/ (01) Spreadsheet Released

**EXHIBIT C 016**



THE LAW FIRM OF
# LEE, HONG, DEGERMAN, KANG & WAIMEY
A PROFESSIONAL CORPORATION

660 SOUTH FIGUEROA STREET, SUITE 2300
LOS ANGELES, CA 90017
TELEPHONE: (213) 623-2221
FACSIMILE:  (213) 623-2211

**Patrick Lai**
ATTORNEY AT LAW
DIRECT DIAL: (213) 244-7064
E-MAIL: PLAI@LHLAW.COM

July 6, 2020

**VIA US Postal Mail**
Commandant (CG-611)
ATTN: FOIA APPEALS
2703 Martin Luther King Ave., S.E. STOP 7710,
Washington, DC 20593-7710

RE: *FOIA 2020-CGFO-01682*

To Whom It May Concern:

We write to appeal the U.S. Coast Guard (USCG)'s partial denial of our Freedom of Information Act (FOIA) request, dated June 23, 2020, attached hereto.

 We received a limited copy of the Merchant Vessels of the United States Data File with redacted name of individual owners and their addresses.  The USCG alleged that releasing the names of individuals and their addresses would cause "a clearly unwarranted invasion of personal privacy" that requires "a balancing of the public's right to disclosure against the individual's right privacy."

Specifically, the USCG has cited to Exemption 6 and Exemption 7(c)[1] in their partial denial.

**I.   We contend that this was legal error, a factual error, and an abuse of discretion.**

In order for the UCSG to withhold information from disclosure, the "agency must specifically invoke the exemption and <u>must carry the burden of proving that disclosure would constitute a clearly unwarranted invasion of privacy</u>."  (Emphasis added).  See *Yonemoto v. Dep't of Veterans Affairs*, 686 F.3d at 681, 693

---

[1] We are not compiling these records or information for law enforcement purposes per Exemption 7(c), and hereby so certify.

THE LAW FIRM OF
## LEE, HONG, DEGERMAN, KANG & WAIMEY

FOIA Appeal
July 6, 2020
Page 2 of 3

(9th Cir. 2011).  However, the USCG has not made any showing that releasing the names of individual owners and their addresses would constitute a "clearly unwarranted invasion of personal privacy."  We contend in any event that the USCG can not make such a showing as the release of this information is not a "clearly unwarranted invasion of personal privacy" because the individual vessel owners do not now have, and never had, any reasonable expectation of privacy for the following reasons.

**A.     Vessel Owners were never promised confidentiality.**

Individuals were never promised confidentiality or privacy when submitting their names and addresses to the National Oceanic and Atmospheric Administration (NOAA) database for use in a business process (e.g., vessel registration, application for inspection, arrival notice, security plan, etc.).  Specifically, there is no reasonable expectation of privacy in information provided by customers, including identifying names and address information.  15B Am.Jur. 2d *Computers and the Internet* §28.  On a related note at least two courts have concluded that any internet user assumes the risk that an Internet Service Provider will disclose sign-up information (including name, address, social security number, and credit card number) to authorities. See *United States v. Kennedy*, 81 F.Supp. 2d 1103, 1110 (D. Kan. 2000); *United States v. Hambrick*, 55 F. Supp. 2d 504, 507 (W.D. Va. 1999).[2]  Furthermore, when people voluntarily enter space in which the government has an elevated security interest (e.g., such as domestic waters), the expectation of privacy is likewise reduced.

**B.     The Vessel Owners' names and addresses were historically published and routinely available to any member of the public.**

The personal information and complete mailing address of individuals from the Merchant Vessels of the United States Data File has been used by boat and yacht brokers as a source of managing owner information since it was created, so the vast majority of boat owner's information was publicly disclosed barring any subsequent claim to "privacy."  Only recently has the USCG removed certain personally identifiable information (PII) from the Merchant Vessels of the U.S. file.

**C.     USCG has released such information to others**

---

[2] This is apart from any specific legislation which seeks some level of protection of an internet user from disclosure or sale of their personal information, such as is provided by the recent California Consumer Privacy Act (CCPA).  But Congress has enacted no such similar statute.

THE LAW FIRM OF
## LEE, HONG, DEGERMAN, KANG & WAIMEY

FOIA Appeal
July 6, 2020
Page 3 of 3

The public may still obtain the names and addresses of individuals by requesting certified copies of a vessel's Certificate of Documentation or an Abstract of Title via the National Vessel Documentation Center.  USCG also releases the names and addresses of individuals to other organizations or databases such as the Lloyds Register, State Boat Registration systems/database, Maritime Mobile Service Identity (MMSI) database, EQUASIS, Merchant Mariner Licensing and Documentation System, Direct Access, etc.

In conclusion the USCG has <u>not</u> made any showing and contrary to its assertion there is no reasonable expectation of privacy would constitute a clearly unwarranted invasion of privacy under Exemption 6 or Exemption 7(C) because the individuals do not have and never have had any reasonable expectation of privacy.

Thank you for taking the additional time to consider our request.  Please feel free to contact me by email or phone if you have any questions.

Best Regards,
/s Patrick Lai s/
David N. Makous, Esq.
Patrick Lai, Esq.
Lee, Hong, Degerman, Kang & Waimey

Enclosures:

(1)  Initial FOIA request dated April 13, 2020.
(2)  Final response to FOIA request dated June 23, 2020

**EXHIBIT D 019**

**U.S. Department of
Homeland Security**

**United States
Coast Guard**

Commandant
United States Coast Guard

U.S. Coast Guard Stop  7710
2703 Martin Luther King, JR AVE SE
Washington, DC 20593-7710
Staff Symbol: CG-6P
Phone: (202) 475-3522

5720
2020-CGFO-01682
2020-CGAP-00024

Mr. Patrick Lai
Lee, Hong, Degerman, Kang & Waimey
660 S. Figuera St., Suite 2300
Los Angeles, CA 90017-3440

Dear Mr. Lai:

We have processed your appeal under the Freedom of Information Act (FOIA), 5 U.S.C.
§ 552, and applied a presumption of disclosure.  After careful consideration, your appeal is
denied.  The information you requested continues to be withheld pursuant to FOIA Exemptions
6, and 7(C).

On April 13, 2020, you requested electronic copies of personally identifiable information (PII)
previously searchable through a database[1] accessible at the link and included in data which
comprise the report "Merchant Vessels of the United States," aka "List of Documented Vessels."
Specifically, you are seeking the report's data which includes vessel particulars and managing
vessel owner identification information such as: (1) organization name, (2) owner's first and last
name, (3) address, (4) certificate of documentation status, (5) certificate of documentation issue
date, (6) certificate of documentation expiration date, etc.

On June 23, 2020, the Chief, Office of Investigations and Casualty Analysis (CG-INV-3) located
374,713 rows of responsive data, of which 76,520 were released in full and the remaining
298,193 were partially released pursuant to FOIA Exemptions 6 and 7(C).  On July 9, 2020, this
office received your appeal in which you appealed CG-INV-3's decision to partially withhold the
requested information.  This letter explains our application of the FOIA exemptions as the basis
for denying your appeal.

Exemption 6 protects the privacy interest of individuals contained in "personnel, medical and
similar files" in general.  This exemption applies because the information contained within
responsive documents qualify as "similar files."  Congress intended the term "similar files" to be
interpreted broadly, rather than narrowly.  The Supreme Court stated the protection of an
individual's privacy "surely was not intended to turn upon the label of the file which contains the
damaging information."  Rather, the Supreme Court made clear that all information, which
"applies to a particular individual," meets the threshold requirement therein.  United States
Department of State v. Washington Post Co., 456 U.S. 595, 602 (1982).

---

[1] https://foss.nmfs.noaa.gov/apexfoss/f?p=215:4:12321044901834::NO:::

**EXHIBIT E 020**

5720
FOIA 2020-CGAP-00024

Exemption 7(C) protects law enforcement information when the disclosure of such information could reasonably be expected to constitute an unwarranted invasion of personal privacy. It is applied in this situation because the responsive documents are comprised of records compiled by an agency primarily engaged in law enforcement carrying out its mandated function.

The purpose for which records is sought cannot be considered in determining whether they will be released or withheld. We have no prerogative to selectively release protected information to you, and can only release it to the general public if determined its interest in disclosure outweighs the privacy interest of those mentioned in the records. Exemptions 6 and 7(C) require privacy interests of the individuals concerned to be weighed against the general public interest in disclosure of the requested records. The first step in this balancing process is to identify and evaluate any privacy interests in the agency records. The next step is to determine whether any general public interests would be served by disclosure. The final step is to weigh any privacy interests in nondisclosure against any general public interests in disclosure. United States Department of Justice v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989).

The general public interest in determining the identities of person(s) mentioned in the investigation is negligible. To meet the standard for qualification as public interest, disclosure must contribute to the understanding of the public at large, as opposed to the individual understanding of the requester or narrow segment of interested persons. Moreover, the Supreme Court has ruled that the identified public interest must be related to the core purpose of the FOIA before it can be included in the balancing equation. Thus, the public interest must be related to the "agency's performance of its statutory duties." Reporters Committee, 489 U.S. 773. To qualify for general public interest, this relationship must be direct, rather than merely derivative. In this case, release of the subject personally identifiable information would, of itself, directly reveal little or nothing of interest to the general public regarding the U.S. Coast Guard's mission performance. On balance, the demonstrable privacy interests of those involved in the investigation clearly outweigh any general public

Assisting me in this decision were: Ms. Amanda Ackerson, FOIA Public Liaison, and Ms Pamela Tirado, Office of Information and Intelligence Law.

You have the right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows:

**EXHIBIT E 021**

5720
FOIA 2020-CGAP-00024

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
E-mail at ogis@nara.gov
Telephone at 202-741-5770; or, facsimile at 202-741-5769.

In accordance with 5 U.S.C. § 552(a)(6)(A)(ii) and 6 CFR § 5.9(b), this is the final
administrative decision that will be taken on this request.  You have the right under the FOIA to
seek judicial review in the District Court of the United States (1) in the district in which you
reside, (2) in the district in which you have your principal place of business, (3) in the district in
which the records are located, or (4) in the District of Columbia.

Sincerely,

Kathleen Claffie — 2/24/2021

Kathleen Claffie
Chief, Office of Privacy Management
United States Coast Guard

3

**EXHIBIT E 022**