TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RYAN C. CHAPMAN (Cal. Bar No. 318595)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2471
    Facsimile: (213) 894-7819
    E-mail: Ryan.Chapman@usdoj.gov

Attorneys for Defendant
United States Coast Guard

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARITIME DOCUMENTATION CENTER CORP., <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES COAST GUARD, <br><br> Defendant. | No. EDCV 21-00489 JWH (SPx) <br><br> **DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS** <br><br> Hearing Date:  December 17, 2021 <br> Hearing Time:  9:00 a.m. <br> Ctrm:  2 <br><br> Honorable John W. Holcomb <br> United States District Judge |

Defendant United States Coast Guard submits this response to Plaintiff's disputed facts (ECF No. 41) and Plaintiff's separate statement of facts (ECF No. 38).

**DEFENDANT'S RESPONSE TO PLAINTIFF'S DISPUTED FACTS**

| No. | Defendant's Undisputed Fact | Supporting Evidence | MDCC Dispute |
|---|---|---|---|
| 1 | On April 13, 2020, Plaintiff submitted a FOIA request to the Coast Guard. | Declaration of Captain Jason D. Neubauer ("Neubauer Decl.") ¶ 3 & Ex. A; Declaration of Ternia R. Pipkins ("Pipkins Decl.") ¶ 4. | Admitted. |
| 2 | Plaintiff's FOIA request sought information related to the Merchant Vessels of the United States data file. | Neubauer Decl. ¶ 3 & Ex. A; Pipkins Decl. ¶ 4. | Admitted. |
| 3 | The Merchant Vessels of the U.S. is a record of vessels documented by the Coast Guard. | Neubauer Decl. ¶ 8. | Admitted. |
| 4 | The Merchant Vessels of the U.S. contains specific information about the particular vessels documented by the Coast Guard. | Neubauer Decl. ¶ 10. | Admitted. |
| 5 | The information in the Merchant Vessels of the U.S. file is sourced through the Coast Guard's Vessel Documentation | Neubauer Decl. ¶ 9. | Admitted. |

| # | | | |
|---|---|---|---|
| | System database and Maritime Information for Safety and Law Enforcement ("MISLE") database. | | |
| 6 | A public version of this data file is available on the internet that does not include Personally Identifiable Information ("PII") of vessel owners. | Neubauer Decl. ¶ 10. | Disputed. Decl JSoria, Para.8-9, Exh.A. |

**Moving Party's Response**: Plaintiff's submitted evidence attempts to dispute this fact by noting that the public version of the Merchant Vessels of the U.S. data file included PII prior to June 2017 and that Plaintiff obtained an unredacted file in May 2021. Defendant acknowledges that PII was inadvertently disclosed in the May 2021 version of the data file and that this inadvertent disclosure was corrected in the June 2021 version. Nothing in Plaintiff's evidence disputes the fact that PII of individual vessel owners is not presently available to the public.

| # | | | |
|---|---|---|---|
| 7 | Plaintiff's FOIA request sought PII of vessel owners, specifically "vessel particulars and managing vessel owner identification information such as: (1) organization name, (2) owner's first and last name, (3) address, (4) certificate of documentation status, (5) certificate of documentation issue date, (6) certificate of | Neubauer Decl. ¶ 3 & Ex. A; Pipkins Decl. ¶ 4. | Admitted. |

|   |   |   |   |
|---|---|---|---|
|   | documentation expiration date, etc." |   |   |
| 8 | The Coast Guard assigned Plaintiff's request FOIA number 2020-CGFO-01682. | Neubauer Decl. ¶ 5. | Admitted. |
| 9 | The Coast Guard performed a search for responsive records on May 20, 2020 utilizing the VDS and MISLE databases. | Neubauer Decl. ¶ 11; Pipkins Decl. ¶ 6. | Admitted. |
| 10 | The search of these databases was reasonably calculated to produce all responsive records to the FOIA request. | Pipkins Decl. ¶ 8. | Admitted. |
| 11 | The Coast Guard exported the data into a Microsoft Excel format as requested by Mr. Patrick Lai. | Neubauer Decl. ¶ 13; Pipkins Decl. ¶ 6. | Admitted. |
| 12 | On June 23, 2020, the Coast Guard responded to the FOIA request by releasing responsive records. | Neubauer Decl. ¶ 13 & Ex. C. | Disputed. Parties agree that certain information was redacted. |
| 13 | The FOIA release consisted of a single spreadsheet containing 374,713 rows of responsive data. | Pipkins Decl. ¶ 6; Neubauer Decl. ¶ 12 & Ex. B. | Admitted. |
| 14 | 76,520 rows of data were released in their entirety. | Pipkins Decl. ¶ 7; Neubauer Decl. ¶ 12. | Admitted. |

| | | | |
|---|---|---|---|
| 15 | 298,193 rows of data were partially withheld. | Pipkins Decl. ¶ 7; Neubauer Decl. ¶ 12. | Admitted. |
| 16 | The withheld information consisted of the names and addresses of individual vessel owners from the FOIA release. | Pipkins Decl. ¶ 7; Neubauer Decl. ¶ 12 & Ex. B. | Admitted. |
| 17 | The Coast Guard cited FOIA Exemption 6 to justify the redactions.  5 U.S.C. § 552(b)(6). | Neubauer Decl. ¶ 14 & Ex. C; Pipkins Decl. ¶ 7. | Admitted. |
| 18 | The public is already provided with extensive information concerning the vessels that are documented by the Coast Guard.  Releasing the names and addresses of individual vessel owners would reveal personal information about where they live and the vessels they own, thereby creating a clearly unwarranted invasion of personal privacy. | Neubauer Decl. ¶¶ 10 & 15. | Disputed. Legal Conclusion. Entire Decl. John Soria and MDCC Requests for Judicial Notice of Defendant. Objection to Neubauer. |

**Moving Party's Response:**  Nothing in Plaintiff's submitted evidence disputes the fact that the Merchant Vessels of the U.S. data file contains extensive information concerning the vessels documented by the Coast Guard or that releasing the PII of vessel owners would inherently reveal personal information about them.

4

| # | | | |
|---|---|---|---|
| 19 | The Coast Guard withheld this information from the release to safeguard the privacy interests of individual vessel owners. | Neubauer Decl. ¶¶ 14 & 15. | Disputed. Legal Conclusion. Entire Decl. of J. Soria and all Exhibits; MDCC Requests for Judicial Notice. Objection to Neubauer. |
| **Moving Party's Response:** Plaintiff's objections do not address what this undisputed fact states.  In responding to Plaintiff's FOIA request, the Coast Guard invoked Exemption 6 based on the risk of invasion to personal privacy.  Plaintiff's objections constitute legal argument as to why it believes Exemption 6 does not apply; they do not dispute the fact that this is how the Coast Guard processed the request. | | | |
| 20 | The Coast Guard cited FOIA Exemption 7(C) to justify the redactions.  5 U.S.C. § 552(b)(7)(C). | Neubauer Decl. ¶ 14 & Ex. C; Pipkins Decl. ¶ 7. | Admitted. |
| 21 | The Coast Guard compiles information in the VSD and MISLE databases to carry out and support its law enforcement missions. | Neubauer Decl. ¶ 17. | Disputed. Legal Conclusion. Doc 1- 10, Exh. J, Complaint. Decl J.Soria 22-31; Objection to Neubauer. |
| **Moving Party's Response:** Plaintiff's submitted evidence states only that the NVDC last conducted an investigation of possible violations of vessel documentation | | | |

requirements in 2011. Nothing in Plaintiff's evidence contradicts the fact that various Coast Guard elements utilize information compiled from the VSD and MISLE databases to carry out and support law enforcement missions.

| | | | |
|---|---|---|---|
| 22 | On July 6, 2020, Plaintiff submitted an appeal of the partial denial of its FOIA request. | Neubauer Decl. ¶ 18 & Ex. D. | Admitted. |
| 23 | On February 24, 2021, the Coast Guard denied Plaintiff's administrative appeal. | Neubauer Decl. ¶ 19 & Ex. E. | Admitted. |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS IN OPPOSITION TO SUMMARY JUDGMENT

| No. | Plaintiff's Undisputed Fact | Supporting Evidence | Defendant's Response |
|---|---|---|---|
| 24 | John Soria is the president and owner of the Plaintiff which has been operating since early 2017. I have been active in the vessel documentation business as the owner and officer in several vessel documentation service providers since 2016. | Dec. JS, 1. | **Undisputed.** |
| 25 | Since 2017, MDCC has operated through the domain name www.maritimedocumentation. | Dec JS, 2 | **Undisputed.** |

6

| | | | | |
|---|---|---|---|---|
| | | us and provides vessel owners with an online website (or portal) for vessel owners to register, transfer, renew, and conduct other documentation services with the NVDC | | |
| | 26 | Vessel documentation is a national form of vessel registration that provides evidence of nationality for international travel and trade and allows vessels to engage in certain restricted trades such as coastwide trade and the fisheries. There is nothing inherently "private" about ownership of vessels operating on public waters | Dec JS, 3 | **Undisputed.** |
| | 27 | Thousands of vessel owners rely solely on Plaintiff's and their competitors' services to ensure accurate and up-to-date vessel registrations | Dec. JS, 4 | **Disputed** to the extent vessel owners rely "solely" on these companies, as vessel registration is completed through the NVDC. Neubauer Decl. ¶ 6. |
| | 28 | All information contained in the Merchant Vessel Records were | Dec. JS, 8 | **Undisputed.** |

| # | | | |
|---|---|---|---|
| | publicly available for decades. | | |
| 29 | Until at least 1994, the United States government has published annual reports of the Merchant Vessels of the United States, which included the same unredacted PII data that was previously provided in the report database. (Doc 1-6, Exh F to the Complaint) | Dec JS, 8; Doc1-6, Exh F | **Undisputed.** |
| 30 | From 1994 to 2018, the Merchant Vessels of the United States data file was available for purchase by the public via a CD-ROM as a single issue or an ongoing subscription. NOAA stated that: Once such information is published and made available to the public, it is no longer protected under either the Freedom of Information Act or Privacy Act. Thus would be appropriate for inclusion on an Internet site. There are a number of reasons for publishing the name and | Dec JS 8; https://www.professionalmariner.com/merchant-vessels-of-the-united-states-data-on-cd/ fact  Dec JS, 8  https://www.st.nmfs.noaa.gov/st1/CoastGuard/VesselDataCaveats.html; Doc1-6, Exh F; | **Undisputed** that the Merchant Vessels of the United States data file used to be available for purchase on CD-ROM. **Undisputed** that the National Oceanic Atmospheric Administration has a webpage that states the quoted text. |

| | | | | |
|---|---|---|---|---|
| | | address of vessel owners.  Those reasons include:<br>• Documentation is a public process<br>• To make it more difficult for ineligible persons to document vessels (i.e., someone who does not meet U.S. citizenship requirements)<br>• To deter theft and trade in stolen vessels." | | |
| | 31 | Since at least 2002, the National Oceanic and Atmospheric Administration (NOAA) Office of Science & Technology had also provided a searchable USCG vessel database query to the public that retrieves vessel dimensions, tonnage, build (if available), and ownership information including PII from data contained in the Merchant Vessels of the US. | Dec JS, Para 8; Doc. 1-16, Exh. P, Complaint. | **Undisputed.** |
| | 32 | On May 24, 2021 MDCC downloaded a complete unredacted list from an active | Dec. JS, 9; Exh A; | **Undisputed.** |

| | | | |
|---|---|---|---|
| | | USCG website: | | |
| 33 | USCG unilaterally without request for public comments, or rulemaking process, or the provision of ANY POLICY statement to the public, somewhere and somehow, decided that they would arbitrarily redact and withhold names and addresses of some vessel owners that they decided or deemed to be allegedly recreational vessel owners. | Dec JS, 10; | **Disputed.** If Plaintiff is referring to the Coast Guard's decision to remove PII from the Merchant Vessels of the U.S. data file, this was done in 2017 after the Coast Guard received complaints from vessel owners. Neubauer Decl. ¶ 16. If Plaintiff is referring to the decision to redact PII from the FOIA release, this was done pursuant to applicable FOIA exemptions. Neubauer Decl. ¶ 14; Pipkins Decl. ¶ 7. |
| 34 | virtually 100% of the 2017 recreational vessel owners and owned vessels had their personal names and addresses published before the arbitrary redactions by USCG allegedly occurred after June 2017 | Dec JS 11 | **Undisputed** that PII of vessel owners prior to June 2017 was public. **Disputed** that the Coast Guard acted arbitrarily. Neubauer Decl. ¶ 16. **Disputed** that Plaintiff's |

10

| | | | | |
|---|---|---|---|---|
| | | | | speculation supports this claimed fact. |
| | 35 | A substantial portion of the recreational vessel owners disclosed in 2017 are still vessel owners. | Dec. JS, 12 | **Disputed** that Plaintiff's speculation supports this claimed fact. |
| | 36 | Nowhere, ever, on the USCG website, nor in the NVDC documentation, whether before or after 2017, has the NVDC/USCG stated to the vessel owners that their "personal names and addresses" would not be disclosed, or would not be publicly available. | Dec JS, 13 | **Undisputed** to the extent the cited websites in Plaintiff's declaration do not contain promises of confidentiality. |
| | 37 | No regulation promulgated by the USCG before or after 2017 providing a warranty of privacy to anyone in respect to their publicly registered vessels | Dec JS, 14 | **Undisputed** to the extent the cited websites in Plaintiff's declaration do not contain promises of confidentiality. |
| | 38 | No NVDC website notifies any vessel owner before they register or renew that they will protect the privacy of their personal information. | Dec. JS,14; https://www.uscg.mil/Disclaim; https://www.dco.uscg.mil/Our-Organization/Assi | **Undisputed** to the extent the cited websites in Plaintiff's declaration do not contain promises of confidentiality. |

11

|  |  |  | stant-Commandant-for-Prevention-Policy-CG-5P/Inspections-Compliance-CG-5PC-/National-Vessel-Documentation-Center/National-Vessel-Documentation-Center-Instructions-and-Forms/. |  |
|---|---|---|---|---|
|  | 39 | USCG admits it shares the personal information of vessel owners with Lloyds and Equasis. and other third parties | Dec. Neubauer, 37-3, para 16; | **Undisputed.** |
|  | 40 | Neubauer is not involved in the operations of the NVDC | Neubauer Dec.; https://www.dco.uscg.mil/Our-Organization/Assistant-Commandant-for-Prevention-Policy-CG- | **Undisputed.** |

| | | | | |
|---|---|---|---|---|
| | | | 5P/Inspections-Compliance-CG-5PC-/cginv/Office-of-Investigations-Casualty-Analysis-Copy/, | |
| | 41 | The explanation offered for the recent change and redactions of personal information is "does not hinder the public's ability to understand the operation of the NVDC" | Neubauer, 14 | **Disputed.** If Plaintiff is referring to the Coast Guard's decision to remove PII from the Merchant Vessels of the U.S. data file, this was done after the Coast Guard received complaints from vessel owners.  Neubauer Decl. ¶ 16.  If Plaintiff is referring to the decision to redact PII from the FOIA release, this was done pursuant to applicable FOIA exemptions.  Neubauer Decl. ¶ 14; Pipkins Decl. ¶ 7. |
| | 42 | Neubauer provided no details | Neubauer , 16 | **Disputed.**  The Coast |

13

| | | | |
|---|---|---|---|
| | | on alleged consumer confusion by users of third party documentation services like MDCC. | | Guard received complaints from vessel owners who misunderstood the solicitations they were receiving and were upset that the Coast Guard had made their PII public. Neubauer Decl. ¶ 16. |
| | 43 | NVDC was aware of the 2020 GAO investigation and report | Dec. JS, 22- 31; GAO,1-10, Exh.J | **Undisputed.** |
| | 44 | The last assistance in any criminal investigation by the NVDC was in 2011. | GAO, 1-10, 12 | **Disputed.** The cited report states that, as of the December 2020 GAO report, the NVDC had last completed an investigation into possible violations of vessel documentation requirements in 2011. ECF No. 1-10, at 12. |
| | 45 | The primary functions of the NVDC are to manage U.S. vessel documentation and, upon request, provide third parties, such as lenders, with notice of any existing mortgages and | GAO, 1-10, 12 | **Undisputed.** |

|    |                                                                                                         |              |                                                                                                                              |
|----|---------------------------------------------------------------------------------------------------------|--------------|------------------------------------------------------------------------------------------------------------------------------|
|    | liens on federally documented vessels.                                                                  |              |                                                                                                                              |
| 46 | The withholding of information by the NVDC hampers many actors who need access to the records of the registrants. | Dec.JS, 42- 44 | **Undisputed** that preserving the privacy of PII prevents Plaintiff and other companies from directly contacting vessel owners. |

Dated: November 19, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  /s/Ryan C. Chapman
RYAN C. CHAPMAN
Assistant United States Attorney

Attorneys for Defendant
United States Coast Guard

15