TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RYAN C. CHAPMAN (Cal. Bar No. 318595)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2471
    Facsimile: (213) 894-7819
    E-mail: Ryan.Chapman@usdoj.gov

Attorneys for Defendant
United States Coast Guard

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARITIME DOCUMENTATION CENTER CORP., <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES COAST GUARD, <br><br> Defendant. | No. EDCV 21-00489 JWH (SPx) <br><br> **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS** <br><br> Hearing Date: December 17, 2021 <br> Hearing Time: 9:00 a.m. <br> Ctrm: 2 <br><br> Honorable John W. Holcomb <br> United States District Judge |

1

In accordance with the Court's Order (ECF No. 14), Defendant United States Coast Guard objects to Plaintiff's Statement of Uncontroverted Facts (ECF No. 38) on the following grounds:

| No. | Fact | Objection |
|---|---|---|
| 26 | . . . . There is nothing inherently "private" about ownership of vessels operating on public waters (Soria Decl. ¶ 3.) | **Fed. R. Evid. 402**: Irrelevant; **Fed. R. Evid. 701**: Improper legal conclusion. |
| 27 | Thousands of vessel owners rely solely on Plaintiff's and their competitors' services to ensure accurate and up-to-date vessel registrations (Soria Decl. ¶ 4.) | **Fed. R. Evid. 402**: Irrelevant. |
| 29 | Until at least 1994, the United States government has published annual reports of the Merchant Vessels of the United States, which included the same unredacted PII data that was previously provided in the report database. (Soria Decl. ¶ 8; Compl. Ex. F.) | **Fed. R. Evid. 602:** Lack of foundation; **Fed. R. Evid. 802:** Inadmissible hearsay not falling within any exception; **Fed. R. Evid. 901**: Lack of authentication. |
| 30 | . . . . NOAA stated that: Once such information is published and made available to the public, it is no longer protected under either the Freedom of Information Act or Privacy Act. Thus would be | **Fed. R. Evid. 602:** Lack of foundation; **Fed. R. Evid. 802:** Inadmissible hearsay not falling within any exception; **Fed. R. Evid. 901**: Lack of authentication. |

| | | |
|---|---|---|
| | appropriate for inclusion on an Internet site.<br><br>There are a number of reasons for publishing the name and address of vessel owners.<br><br>  Those reasons include:<br>• Documentation is a public process<br>• To make it more difficult for ineligible persons to document vessels (i.e., someone who does not meet U.S. citizenship requirements)<br>• To deter theft and trade in stolen vessels." (Soria Decl. ¶ 8; Compl. Ex. F.) | |
| 31 | Since at least 2002, the National Oceanic and Atmospheric Administration (NOAA) Office of Science & Technology had also provided a searchable USCG vessel database query to the public that retrieves vessel dimensions, tonnage, build (if available), and ownership information including PII from data contained in the Merchant Vessels of the US. (Soria Decl. ¶ 8; Compl. Ex. | **Fed. R. Evid. 402**: Irrelevant;<br>**Fed. R. Evid. 602:** Lack of foundation;<br>**Fed. R. Evid. 901**: Lack of authentication. |

3

| # | | |
|---|---|---|
| | P.) | |
| 33 | USCG unilaterally without request for public comments, or rulemaking process, or the provision of ANY POLICY statement to the public, somewhere and somehow, decided that they would arbitrarily redact and withhold names and addresses of some vessel owners that they decided or deemed to be allegedly recreational vessel owners. (Soria Decl. ¶ 10.) | **Fed. R. Evid. 602:** Lack of foundation; speculation. |
| 34 | virtually 100% of the 2017 recreational vessel owners and owned vessels had their personal names and addresses published before the arbitrary redactions by USCG allegedly occurred after June 2017 (Soria Decl. ¶ 11.) | **Fed. R. Evid. 602:** Lack of foundation; speculation. |
| 35 | A substantial portion of the recreational vessel owners disclosed in 2017 are still vessel owners. (Soria Decl. ¶ 12.) | **Fed. R. Evid. 602:** Lack of foundation; speculation. |
| 36 | Nowhere, ever, on the USCG website, nor in the NVDC documentation, whether before or after 2017, has the NVDC/USCG | **Fed. R. Evid. 602:** Lack of foundation; speculation. |

| | | | |
|---|---|---|---|
| | | stated to the vessel owners that their "personal names and addresses" would not be disclosed, or would not be publicly available. (Soria Decl. ¶ 13.) | |
| | 37 | No regulation promulgated by the USCG before or after 2017 providing a warranty of privacy to anyone in respect to their publicly registered vessels (Soria Decl. ¶ 14.) | **Fed. R. Evid. 602:** Lack of foundation; speculation; **Misstates evidence:** The cited declaration paragraph contains no information related to Coast Guard regulations. |
| | 38 | No NVDC website notifies any vessel owner before they register or renew that they will protect the privacy of their personal information. (Soria Decl. ¶ 14.) | **Fed. R. Evid. 602:** Lack of foundation; speculation; **Misstates evidence:** The cited declaration paragraph contains three website links and does not purport to be an exhaustive list of websites. |
| | 40 | Neubauer is not involved in the operations of the NVDC (Neubauer Dec.; https://www.dco.uscg.mil/Our-Organization/Assistant-Commandant-for-Prevention-Policy-CG-5P/Inspections- Compliance-CG-5PC-/cginv/Office-of- Investigations-Casualty-Analysis-Copy/.) | **Fed. R. Evid. 402**: Irrelevant. |
| | 41 | The explanation offered for the recent change and redactions of personal | **Misstates evidence:** The cited paragraph of Captain Neubauer's |

5

| | | |
|---|---|---|
| | information is "does not hinder the public's ability to understand the operation of the NVDC" (Neubauer Decl. ¶ 14). | declaration explains the Coast Guard's application of FOIA Exemptions 6 and 7(C) to Plaintiff's FOIA request. |
| 42 | Neubauer provided no details on alleged consumer confusion by users of third party documentation services like MDCC. (Neubauer Decl. ¶ 16). | **Misstates evidence:** The cited paragraph of Captain Neubauer's declaration explains the Coast Guard received complaints from vessel owners who believed they had received offers directly from the Coast Guard. |
| 44 | The last assistance in any criminal investigation by the NVDC was in 2011. (Compl. Ex. J, at 12.) | **Fed. R. Evid. 602:** Lack of foundation; speculation; **Fed. R. Evid. 802:** Inadmissible hearsay not falling within any exception; **Misstates evidence:** The cited paragraph states that, as of the December 2020 GAO report, the NVDC had last completed an investigation into possible violations of vessel documentation requirements in 2011. |
| 46 | The withholding of information by the NVDC hampers many actors who need access to the records of the registrants. | **Fed. R. Evid. 602:** Lack of foundation; speculation. |

| | | |
|---|---|---|
| 1 | Dated: November 19, 2021 | Respectfully submitted, |
| 2 | | TRACY L. WILKISON<br>United States Attorney |
| 3 | | DAVID M. HARRIS<br>Assistant United States Attorney |
| 4 | | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 5 | | Assistant United States Attorney<br>Chief, General Civil Section |
| 6 | | |
| 7 | | _/s/Ryan C. Chapman_<br>RYAN C. CHAPMAN |
| 8 | | Assistant United States Attorney |
| 9 | | Attorneys for Defendant<br>United States Coast Guard |