# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITIME DOCUMENTATION CENTER CORP., a Montana corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>Defendant. | Case No. 5:21-cv-00489-JWH-SPx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion for Summary Judgment [ECF No. 37]" entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, 28 U.S.C. §§ 2201 & 2202, and 5 U.S.C. § 552(a)(4)(B).

2. The operative pleading of Plaintiff Maritime Documentation Center Corp. ("Maritime") is its "Complaint for Declaratory and Injunctive Relief" [ECF No. 1] (the "Complaint"). In its Complaint, Maritime asserts one claim for declaratory relief against Defendant United States Coast Guard (the "Coast Guard") for non-compliance with Freedom of Information Act ("FOIA") obligations.

3. On Maritime's sole claim for declaratory relief for non-compliance with FOIA obligations, the Coast Guard shall have **JUDGMENT** in its favor and against Maritime. Maritime shall take nothing by way of its Complaint.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 14, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE